**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-7416**

---

DENNIS RAY GRAVES,

                                      Petitioner - Appellant,

       versus

LONNIE M. SAUNDERS,

                                      Respondent - Appellee.

---

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. James C. Turk, District Judge. (CA-95-264-R)

---

Submitted: February 7, 1996       Decided: February 22, 1996

---

Before MURNAGHAN and WILLIAMS, Circuit Judges, PHILLIPS, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Dennis Ray Graves, Appellant Pro Se. Robert B. Condon, Assistant Attorney General, Steven Andrew Witmer, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2254 (1988) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of probable cause to appeal and dismiss the appeal on the reasoning of the district court. Graves v. Saunders, No. CA-95-264-R (W.D. Va. Aug. 28, 1995). We further deny Appellant's motion for the appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2